UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

SHEET METAL WORKERS LOCAL 18 RETIREMENT
FUND, WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP TRAINING FUND,
WISCONSIN SHEET METAL WORKERS LOCAL 18
INDUSTRY FUND,
and WILLIAM HOEPNER,

SHEET METAL WORKERS UNION, LOCAL 18,

        Plaintiffs,

vs.                                    Case No. 08-cv-613

BRAATZ HEATING & AIR CONDITIONING, INC.

        Defendant.

---

### AMENDED ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Sheet Metal Workers Local 18 Retirement Fund, Wisconsin Sheet Metal Workers Health and Benefit Fund, Wisconsin Sheet Metal Workers Local 18 Industry Fund and Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, Sheet Metal Workers Union, Local 18, recover from the Defendant Braatz Heating & Air Conditioning, Inc. the sum of $23,351.86 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 8th day of December, 2008.

*[signature]*
Peter Oppeneer, Clerk of Court